UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. CASE NO. 10-20547-CR-RWG

UNITED STATES OF AMERICA      )
                              )
vs.                           )
                              )
JORGE DIEPPA,                 )
                              )
           Defendant.         )
_____)

## VERDICT

### COUNT 1

1. We, the Jury, unanimously find the defendant, **JORGE DIEPPA**, as to Count One (1) of the Indictment:

GUILTY _____ NOT GUILTY __✓__

### COUNT 14

2. We, the Jury, unanimously find the defendant, **JORGE DIEPPA**, as to Count Fourteen (14) of the Indictment:

GUILTY _____ NOT GUILTY __✓__

SO SAY WE ALL.

_____
Foreperson (please sign)
Miami, Florida

3-11-11
Date