**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 10-20547-CR-GOLDBERG

UNITED STATES OF AMERICA

v.                                                **JUDGMENT OF ACQUITTAL**

JORGE DIEPPA

_____/

    This matter having come before the Court for criminal jury trial and the jury having returned a unanimous verdict of not guilty as to counts one and two of the Indictment, it is therefore

    **ORDERED AND ADJUDGED** that the Defendant, **JORGE DIEPPA**, is hereby acquitted as to the counts one and two of the Indictment. It is further

    **ORDERED AND ADJUDGED** that any bond heretofore posted in this matter by the Defendant, **JORGE DIEPPA**, is hereby **DISCHARGED** with all interest accrued and any sureties, personal or corporate, are hereby **EXONERATED** of any further liability in this matter.

    DONE AND ORDERED this __11__ day of March, 2011.

                                RICHARD W. GOLDBERG
                                United States Judge

Copies to: All Counsel
Clerk's Office-Financial Section